## COURTROOM MINUTES
## CRIMINAL

DATE: 11/5/2015    DAY: Thursday    START TIME: 3:17pm    END TIME: 3:20pm
JUDGE/MAG.: SLC    CLERK: JAT    REPORTER: FTR
PROBATION OFFICER: R. Plender    INTERPRETER: _____    SWORN: YES ☐ NO ☐
CASE NUMBER: 15-cr-134-jdp-1    CASE NAME: USA v. Casey J. Wulff
PROCEEDING: Initial Appearance

**APPEARANCES:**
ASST. U.S. ATTY.: Elizabeth Altman    DEFENDANT ATTY.: Joseph Bugni
                                                            (for Peter Moyers)

DEFENDANT PRESENT:  ☒ YES    ☐ NO    ☐ EXCUSED BY COURT

Government moves for detention.
Detention Hearing: ON REQUEST
Telephonic status conference to be set.

TOTAL COURT TIME: 3 min